# Attachment B
# Declaration of Michelle Rogow

SAM HIRSCH
Acting Assistant Attorney General
Environment & Natural Resources Division
BRADLEY R. O'BRIEN
Environmental Enforcement Section
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California  94105
Telephone: (415) 744-6484
E-mail:  brad.obrien@usdoj.gov

ALICIA A.G. LIMTIACO
United States Attorney
MIKEL SCHWAB
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagatna, Guam  96910
Tel:  (671) 472-7332
E-mail:  mikel.schwab@usdoj.gov

UNITED STATES DISTRICT COURT FOR
THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>COMMONWEALTH UTILITIES CORPORATION, and the COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS,<br><br>Defendants. | Case No. 08-cv-0051<br><br>**DECLARATION OF MICHELLE ROGOW IN SUPPORT OF UNITED STATES' RESPONSE TO CUC'S MOTION TO CONSTRUE AND CLARIFY ORDER**<br><br>Judge:  Hon. David O. Carter<br><br>Hearing Date: TBD<br>Time:<br>Location: |

*DEC OF MICHELLE ROGOW IN SUPPORT OF US' RESPONSE TO CUC'S
MOTION TO CONSTRUE AND CLARIFY ORDER
US v CUC, et al. 08-CV-0051*

## DECLARATION OF MICHELLE ROGOW

I, Michelle Rogow, declare the following:

1. I submit this declaration in support of the United States' Response to CUC's Motion to Construe and Clarify Order.

2. I graduated from Drexel University in Philadelphia, Pennsylvania in 1994 with a Bachelor of Science in Civil Engineering. I am a California Professional Engineer, licensed in Civil Engineering.

3. Since 1991, I have been employed by the United States Environmental Protection Agency ("EPA"). Initially, I worked as an Environmental Engineering Aide providing technical support for enforcement matters. In 1994, I began working in EPA's Region 9 office in San Francisco, California, as an Environmental Engineer conducting enforcement inspections and investigations as part of EPA's oil planning, preparedness and response program. I have received training on oil spill prevention and preparedness regulations and personally conducted numerous Spill Prevention, Control and Countermeasures ("SPCC") and Facility Response Plan ("FRP") inspections. In 1999, I became a California-registered Professional Engineer licensed in civil engineering.

4. Since 1999, I have been an On-Scene Coordinator with the duties and authorities prescribed at 40 C.F.R. § 300.120. As an On-Scene Coordinator, I assess and respond to oil and hazardous substance releases and direct and oversee contractors and responsible parties in conducting emergency response actions. I have received training in the management of oil spills and personally have managed responses to actual oil spills.

5. Based on my experience with EPA's oil program and as an On-Scene Coordinator responding to oil spills, I testify to the following based on my personal knowledge and observations.

6. Since April 2006, I have been assigned to the matter now known as *United States v. Commonwealth Utilities Corporation and the Commonwealth of the Northern Mariana Islands*, Civil Action No. 08-0051.

7. As part of these responsibilities, I have conducted oil spill prevention and preparedness inspections and site visits of CUC Power Plants 1, 2, 3 and 4 and the Rota Power Plant; conducted reviews of SPCC Plans and FRPs; responded to oil spills from the Power Plant 1 and 2 facility and the CUC Pipeline; and coordinated with CUC on oil spill response, prevention and preparedness issues. I issued Clean Water Act ("CWA") Section 311(c) Orders on October 25, 2006 and October 12, 2007 to CUC in response to oil discharges and threats of oil discharges from its Power Plant 1 and 2 facility and been involved with oversight of compliance with these CWA 311(c) Orders.

8. Since March 2009, when the Stipulated Orders were entered by the Court, I have been involved with oversight of compliance with oil spill prevention, preparedness and response activities and work as required by Stipulated Order Number Two. Since entry of Stipulated Order Number Two ("SO2"), I have also been directly responsible for oil spill and hazardous substance cleanup activities being conducted by EPA at Power Plants 1 and 2, Power Plant 3, Power Plant 4 and the Rota Power Plant.

9. In September 2014, I was part of the EPA/DOJ team negotiating the September 26, 2014 Final Order Re: Joint Stipulation Among the United States, CUC and the CNMI ("EEMC Order"). This Order provided for the appointment of an Environmental and Engineering Management Company ("EEMC") to assist in the conducting of work under SO2 and funding for the associated work. I participated in most, if not all, of the negotiation sessions between EPA and CUC and the CNMI, including discussions regarding the funding of the EEMC Order.

10. EPA anticipates that the EEMC will have a significant role in implementing SO2 capital improvement projects. The EEMC's role will be shaped as the process unfolds; funding is made available by CNMI; projects are prioritized; better defined cost estimates are generated; financing needs are clarified, and projects are completed by the EEMC, CUC, or EPA as directed by EPA.

11. As the regulatory environmental agency, the EEMC Order provides EPA a substantial role in selecting the projects that will be implemented by the EEMC and overseeing how the work is implemented.

12. The EEMC Order imposes funding requirements upon CNMI; however, flexible project implementation is necessary to address priorities, limitations of funding sources and available funding. As CNMI funding under the EEMC Order is limited in amount, under a defined schedule, will not fully fund SO2 projects, and may be restricted to certain projects by the grant agency, the EEMC Order allows for a dynamic process that authorizes EPA to determine the schedule and which projects will be implemented by the EEMC.

13. For initial planning purposes, EPA and CUC created a list of projects from which EPA will identify top priorities, and for those, assign certain ones for the EEMC implementation, with others retained by CUC or EPA, based on available funding. This initial list of projects is not part of the EEMC Order but has been identified by CUC for purposes of its motion as the "thirteen SO2 projects". However, in no manner is EPA limited by the thirteen SO2 project list in prioritizing and assigning projects, nor does it limit CUC's obligations regarding SO2.

14. Although EPA and CUC attempted to forecast future costs for the thirteen SO2 projects, the actual project costs are subject to uncertainty. For

example, currently listed projects include the CUC pipeline and facility drainage at each of the power plants.  However, since no EEMC or subcontractor contracts are in place, the actual project costs are not known.  The CUC pipeline is a high priority and the estimated cost of completing this project is substantial.  Therefore, it will impact how much other work can be accomplished with the available funding, including whether the remaining "twelve SO2 projects" can be completed.  With respect to the facility drainage, an engineering assessment has not been undertaken so the final design is yet to be determined and the actual cost of the remedy could be subject to substantial change from initial estimates.  If, for example, the power plant facility drainage engineering costs increase beyond current cost estimates, EPA might need to direct the EEMC to implement other projects that can be implemented with available funding, rather than move forward with the implementation of the facility drainage plan until adequate funding becomes available.  During projects such as the facility drainage engineering assessment, other work may arise that may not be included in the thirteen SO2 projects.  Other possibilities may include a newly identified critical SO2 need such as an oil spill or waste management projects that EPA determines must be implemented by the EEMC, regardless of whether the project is identified in CUC's list of thirteen SO2 projects.

15.   The scope of the work that EPA can actually assign to the EEMC is subject to grant and other funding and the funding schedule.  It is EPA's position that the EEMC should only be tasked to conduct work where there is adequate and applicable grant funding or funding in the Court Registry.  Currently, CNMI is only required to deposit $5M into the Court Registry by December 31, 2014.  This first payment and subsequent payments limit the amount of work that the EEMC can conduct.  With regard to the other grant-based funding, there will

*DEC OF MICHELLE ROGOW IN SUPPORT OF US' RESPONSE TO CUC'S MOTION TO CONSTRUE AND CLARIFY ORDER*
*US V CUC, et al. 08-CV-0051*
- 4 -

likely be project specific restrictions on DOI's grant monies made available for the EEMC. Similarly, since CNMI is required to fund the Court Registry or provide notice of funding over a four year period, EPA retained project flexibility to ensure that the assigned EEMC projects meshed with the CNMI funding availability to ensure that the most important projects are addressed first. If CNMI does not meet its EEMC Order funding obligations, it would also impact the nature of the projects performed by the EEMC.

16. If the cost of CUC's thirteen SO2 projects exceeds the CNMI EEMC Order funding requirements, the EEMC would not be tasked by EPA to complete all these projects. If the EEMC's costs for conducting the thirteen projects is less than the EEMC Order funding, additional projects may be able to be tasked or the money may be transferred to the CUC TMO in accordance with EEMC Order Section F.2. During discussions, CUC and CNMI expressed their concern with EEMC spending and CUC requested that EPA retain the option of selecting CUC to conduct SO2 projects in order to maximize the available EEMC funding as CUC is ultimately responsibility for completing all SO2 obligations.

17. EPA is currently performing cleanup work at Power Plants 1 & 2, and the Rota Power Plant, and may need to remain the lead on that work until appropriate funding is available in the Court Registry.

18. In addition to the cleanup work that EPA is performing at Power Plants 1 and 2 and Rota, it is EPA's position that Tank 102 and the CUC Pipeline are currently the highest priority projects under SO2. Both of these projects have had long delays and these two projects should be completed in the most expeditious manner.

19. During discussions that occurred between September 20, 2014 and September 26, 2014 ("September discussions"), CUC and the United States agreed

*DEC OF MICHELLE ROGOW IN SUPPORT OF US' RESPONSE TO CUC'S MOTION TO CONSTRUE AND CLARIFY ORDER*
*US V CUC, et al. 08-CV-0051*
- 5 -

that CUC would continue and complete work on the construction of Tank 102, since CUC had already contracted for the Tank 102 work and CUC controlled approximately $1.5M of funding obligated or slated to be obligated by CUC to pay for the Tank 102 contracts.

20. CUC is under contract with Tano Group, an approved EPA contractor for this work, to construct Tank 102, for which sufficient grant and CUC funding had been earmarked for the project; therefore, there was no reason to delay completing this important project until the EEMC is selected. The parties advised the Court that in light of CUC's expected Tank 102 progress, an appropriate date for a CNMI-based status conference would be the end of February, 2015.

21. During the September discussions, CUC informed the United States that it wanted the pipeline construction project to be transitioned to the EEMC. EPA negotiated with CUC and CNMI in good faith based on this information, to make determinations about how much funding should be provided by the initial December 31, 2014, EEMC Order funding deadline in order to ensure that Tank 102 and the pipeline projects were the initial priority projects and completed as soon as possible.

22. During the September discussions, CUC estimated the pipeline project would cost approximately $5.750M, and that only approximately $222,465 of grant money is available for that work. CUC subsequently raised that estimate in documents provided on September 28, 2014 (*See*, Exhibit 1, at 2). CUC also informed EPA that there was $1.682M of grant money obligated to the Smithbridge contract (the former pipeline construction company), which may or may not be available for the pipeline construction work.

23. Based on CUC's agreement that CUC would construct Tank 102 and that EPA expected the pipeline construction and construction oversight to be transitioned to the EEMC, EPA agreed to accept the $5M Court Registry payment due on December 31, 2014, and the $2.8M payment due by February 1, 2015 - as this amount should be sufficient for the pipeline, the EEMC management costs for the first year and to begin planning for other capital projects to be completed in the second year. However, this amount is not sufficient and was not intended to address the Tank 102 construction because CUC agreed to fund (without using EEMC funds / CNMI funding required under Section D of the EEMC Order) and fully implement the Tank 102 construction.

24. EPA and CUC agreed that the pipeline construction work will be transferred to the EEMC. EPA did not agree that the existing pipeline contracts would transfer to the yet to be appointed EEMC. Within approximately two hours of the Court signing the EEMC Order and before the parties exited the courthouse, CUC requested EPA to endorse the transfer of the Smithbridge pipeline construction contract to the EEMC notwithstanding the Court's and EPA's substantial concerns with Smithbridge's poor work relating to pipeline. Despite the concerns raised by the Court, CUC, EPA, and others, CUC alternatively sought approval for continuing to utilize Smithbridge for the pipeline construction. Before leaving the courthouse, the United States rejected CUC's Smithbridge proposal.

25. On September 28, 2014, CUC provided a spreadsheet to EPA which memorialized and proposed a path forward given the amount of funding that was being made available to the Court Registry, the cost of projects and the plan for CUC to complete construction of Tank 102 with CUC's existing contracts and funding. Page 6 of CUC's spreadsheet states that the Tank 102 project is "CUC

1   SCOPE - NOT EEMC." A true and accurate copy of the September 28, 2014,
2   email and attached spreadsheet from CUC's TMO Andrew Longworth to me is
3   included as Exhibit 1 to this declaration.

4       26.   The upcoming January 4, 2015, resignation of CUC's Technical
5   Manager for Oil ("TMO") has heightened EPA's concern over the capability of
6   CUC to oversee the construction of Tank 102 and other SO2 related work,
7   including the appropriate management of the CUC TMO annual budget. With
8   that in mind, EPA and CUC recently discussed whether the Tank 102
9   construction should be placed with the EEMC. However, these discussions broke
10  down as CUC insisted that the EEMC cannot utilize approximately $1.15M in
11  non-grant funding and $350,000 in grant funding (totaling approximately $1.5M
12  and that is not part of the EEMC fund) already earmarked for Tank 102
13  construction, but that those funds should flow to CUC to use as CUC wishes.
14  EPA is open to discussing whether to reverse the agreed upon course and task the
15  EEMC with the Tank 102 construction but only if the $1.5M earmarked grant
16  and non-grant Tank 102 funds are used to fund the EEMC for the Tank 102
17  project, without the encumbrances of CUC's existing contracts. A true and
18  accurate copy of CUC's notice of resignation of its TMO that was received by
19  me is included as Exhibit 2 to this declaration.
20  

21      27.   Based upon my experience, the EEMC may not want to be bound by
22  and manage CUC's existing contracts because: 1) the EEMC is not a party and
23  had no involvement in negotiating or implementing CUC's contracts; 2) the
24  EEMC may not be able or want to be bound by the terms and conditions of
25  CUC's contracts; 3) CUC's contracts may conflict with the EEMC Order and the
26  future EEMC agreement, including its specified rates and payment terms; 4) the
27  
28

EEMC may have in-house personnel or its contractors to conduct the work; and 5) CUC's contractors may have no interest in working with the EEMC.

28. The funds provided by CNMI set forth as the total Remuneration under Section D of the Order may not fully fund the thirteen SO2 projects identified by CUC, and were not intended and will not fund all SO2 requirements.

29. In addition to the $22.8 million being provided by CNMI pursuant to Section D of the EEMC Order, CUC memorialized in Section D 1.(d) of the EEMC Order that CUC $2.271M in grant funding is still available for SO2 projects (*See*, Exhibit 1, at 4-5). CUC agreed that this funding would either be used by CUC to complete SO2 projects or reprogrammed to allow for its use by the EEMC. This provision in the EEMC Order is further evidence of CUC's agreement regarding its continuing obligations under SO2, and that it would continue to conduct SO2 related work.

30. Under Section F.1. of the EEMC Order, an annual budget of $450,000 must be funded by CUC for work to be conducted by the CUC TMO, also known as the Petroleum and Compliance Manager. This budget was specifically established to ensure that CUC had funding to undertake SO2 activities and build capacity for CUC to conduct oil infrastructure, oil spill prevention, preparedness and response activities for its facilities. This funding can be used for appropriate SO2 activities and is further evidence of CUC's continuing obligations to comply with SO2, regardless of the EEMC.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 12th day of December 2014, in San Francisco, California.

/s/ Michelle Rogow
MICHELLE ROGOW

*DEC OF MICHELLE ROGOW IN SUPPORT OF US' RESPONSE TO CUC'S MOTION TO CONSTRUE AND CLARIFY ORDER*
*US V CUC, et al. 08-CV-0051*
- 9 -

# Exhibit 1

# Rogow, Michelle

| | |
|---|---|
| **From:** | Andrew Longworth <andrew.longworth@cucgov.org> |
| **Sent:** | Sunday, September 28, 2014 8:48 PM |
| **To:** | Rogow, Michelle |
| **Subject:** | Project Costs and Prioritization |
| **Attachments:** | Project Cost Summaries.xlsx |

Michelle,

Please see the attached sheet with our discussed project costs and a suggested schedule for each scope. We are working on the scopes and should have a draft for you very soon.

--
Andrew Longworth
Petroleum and Compliance Manager
Commonwealth Utilities Corporation
PO Box 501220
Saipan MP 96950-1220
Office: 670 322 4129
Cell: 670 783 0410

| Project | Project Cost | Contingency | EEMC | Total |
|---|---|---|---|---|
| Pipeline | $ 3,807,087.02 | $ 951,771.76 | $ 1,189,714.69 | $ 5,948,573.47 |
| PP1/2 Tank 103 | $ 619,236.91 | $ 154,809.23 | $ 193,511.53 | $ 967,557.67 |
| PP1/2 Facility Drainage | $ 950,000.00 | $ 237,500.00 | $ 296,875.00 | $ 1,484,375.00 |
| PP1/2 FRP | $ 1,020,000.00 | $ 255,000.00 | $ 318,750.00 | $ 1,593,750.00 |
| PP1/2 Tank 104 | $ 500,000.00 | $ 125,000.00 | $ 156,250.00 | $ 781,250.00 |
| PP1/2 Facility Piping | $ 550,000.00 | $ 137,500.00 | $ 171,875.00 | $ 859,375.00 |
| PP1/2 Wate Management | $ 825,000.00 | $ 206,250.00 | $ 257,812.50 | $ 1,289,062.50 |
| PP3 Remediation | $ 140,000.00 | $ 35,000.00 | $ 43,750.00 | $ 218,750.00 |
| PP4 Remediation | $ 600,000.00 | $ 150,000.00 | $ 187,500.00 | $ 937,500.00 |
| Rota Waste | $ 75,000.00 | $ 18,750.00 | $ 23,437.50 | $ 117,187.50 |
| Rota Drainage | $ 475,000.00 | $ 118,750.00 | $ 148,437.50 | $ 742,187.50 |
| EPA Remediation PP1 & Rota | $ 5,000,000.00 | $ - | $ - | $ 5,000,000.00 |
| | | | | |
| Grand Totals | $ 14,561,323.93 | $ 2,390,330.98 | $ 2,987,913.73 | $ 19,939,568.64 |

Grant Funding with CUC   $ 1,812,727.92
Funding Required from CNMI   $ 18,126,840.72
Order funding   $ 22,800,000.00

Exhibit 1 to Declaration of Michelle Rogow
Page 2

| Project | Total | Urgency | Limiting | Linking | Estimated Project Duration | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|---|---|---|---|---|
| Pipeline | $ 5,948,573.47 | High | Contact | - | 12 months | $ 5,948,573.47 | | | |
| PP1/2 Tank 103 | $ 967,557.67 | High | Tank 102 | FRP | 4 months - after T102 | $ 96,755.77 | $ 774,046.14 | $ 96,755.77 | |
| EPA Remediation PP1 & Rota | $ 5,000,000.00 | High | Nothing | Drainage | 24 months | $ 1,666,665.00 | $ 1,666,665.00 | $ 1,666,665.00 | |
| PP1/2 Facility Drainage | $ 1,484,375.00 | Moderate | Some EPA remediation? | Waste | 7 months | $ 148,437.50 | $ 1,335,937.50 | | |
| PP1/2 FRP | $ 1,593,750.00 | Moderate | Nothing | Tanks | 6 months | $ 159,375.00 | | $ 956,250.00 | $ 478,125.00 |
| PP1/2 Wate Management | $ 1,289,062.50 | Moderate | Nothing | Drainage | 12 months | | $ 644,531.25 | $ 644,531.25 | |
| PP4 Remediation | $ 937,500.00 | Moderate | Nothing | - | 6 months | $ 187,500.00 | $ 187,500.00 | $ 562,500.00 | |
| Rota Drainage | $ 742,187.50 | Moderate | EPA remediation? | Rota Waste | 7 months | $ 742,187.50 | | | |
| PP1/2 Tank 104 | $ 781,250.00 | Low | Nothing | FRP | 2 month | | $ 781,250.00 | | |
| PP1/2 Facility Piping | $ 859,375.00 | Low | Nothing | PP1 Waste and drainage | 2 months | | | $ 859,375.00 | |
| PP3 Remediation | $ 218,750.00 | Low | Nothing | - | 1 month | | | $ 218,750.00 | |
| Rota Waste | $ 117,187.50 | Low | Nothing | Rota Drainage | 12 months | | $ 117,187.50 | | |

|  | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|
| | $ 8,949,494.24 | $ 5,507,117.39 | $ 5,004,827.02 | $ 478,125.00 |
| CNMI Funds | $ 7,800,000.00 | $ 5,000,000.00 | $ 5,000,000.00 | $ 5,000,000.00 |
| CUC Funds | $ 1,812,727.92 | 0 | 0 | 0 |
| Total Input | $ 9,612,727.92 | $ 5,663,233.68 | $ 5,156,116.30 | $ 5,151,289.28 |
| Remaining | $ 663,233.68 | $ 156,116.30 | $ 151,289.28 | $ 4,673,164.28 |

Exhibit 1 to Declaration of Michelle Rogow
Page 3

COMMONWEALTH UTILITIES CORPORATION
DOI/OIA CIP GRANT - SO2 RELATED PROJECTS
AS OF July 31, 2014

| GRANT REFERENCE NO. | GRANT AWARD DATE | GRANT EXPIRATION DATE | GRANT PURPOSE | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| CNMI-CIP-2010-3 (DIIAP00102/GRX0115) | 2/22/2010 | 09/30/14 | -To address EPA Stipulated Order No.2 related to Used Oil Infrastructure | | | | | | |
| PROJECT TITLE | ATP Date (Authorization to Proceed) | GRANT AMOUNT | Obligated | Unobligated Balance / Grant Available | Expenditures (Invoiced) | ULO | DRAWDOWNS | Available Funds for Drawdown | % (Expenditure/ Grant Amt) |
| #1 TECHNICAL MANAGER FOR OIL | 3/18/2010 | 160,000.00 | 159,603.10 | 396.90 | 159,603.10 | - | 159,603.10 | 396.90 | 100% |
| #2 SECONDARY CONTAINMENT BERMS, SAIPAN | 4/1/2010 | 405,000.00 | 311,387.30 | 93,612.70 | 308,155.65 | 3,231.65 | 308,155.65 | 96,844.35 | 76% |
| #3 FACILITY RESPONSE EQPT, PPE & AGREEMENT WITH RESPONSE PROVIDERS | 10/19/2010 | 250,000.00 | 249,217.84 | 782.16 | 249,217.84 | - | 249,217.84 | 782.16 | 100% |
| #4 TANK SYSTEM INTEGRITY AND CLEANOUT PLAN, schedule and partial clean out & integrity testing - 101, 102,105,106 and Rota | 4/30/2010; amend 03/28/11 | 980,000.00 | 960,913.97 | 19,086.03 | 941,924.52 | 18,989.45 | 941,924.52 | 38,075.48 | 96% |
| #5 IMPELEMENTATION OF USEPA APPROVED WORK PLANS FOR PPI, II, AND III | 6/23/2010 | 569,312.00 | 555,563.05 | 13,748.95 | 555,184.45 | 378.60 | 555,184.45 | 14,127.55 | 98% |
| #6 DESIGN & ENGINEERING OF FUEL TRANSFER PIPELINE: PP1 & PP2 | 3/23/2010 | 142,000.00 | 142,000.00 | - | 142,000.00 | - | 142,000.00 | - | 100% |
| #7 SECONDARY CONTAINMENT BERMS, ROTA | 4/1/2010 | - | - | - | - | - | - | - | |
| #8 OIL WATER SEPARATORS ASSESSMENT AND REPAIR - PP1 | 6/16/2010 | 80,000.00 | - | 80,000.00 | - | - | - | 80,000.00 | 0% |
| #9 TRAINING DRILLS | 6/15/2010 | 40,000.00 | 16,099.00 | 23,901.00 | 15,600.00 | 499.00 | 15,600.00 | 24,400.00 | 39% |
| #11 USED OIL TRANSFER DISPOSAL (SAIPAN, ROTA) | 4/30/2010 | 580,000.00 | 568,224.34 | 11,775.66 | 568,224.34 | - | 568,224.34 | 11,775.66 | 98% |
| #12 PURCHASE OF USED OIL SAMPLING AND TESTING FIELD KITS | 3/23/2010 | 25,000.00 | 10,349.60 | 14,650.40 | 8,982.10 | 1,367.50 | 8,982.10 | 16,017.90 | 36% |
| #13 PROJECT COORDINATOR/ADMIN COSTS | 10/19/2010 | 30,000.00 | 15,687.93 | 14,312.07 | 8,182.25 | 7,505.68 | 8,182.25 | 21,817.75 | 27% |
| #14 Installation of New Fuel Tank | (see proj#4) | 788,688.00 | 495,530.33 | 293,157.67 | 495,530.33 | - | 506,530.33 | 282,157.67 | 63% |
| TOTAL SO2 PROJECT (CNMI-CIP-2010-3) | | 4,050,000.00 | 3,484,576.46 | 565,423.54 | 3,452,604.58 | 31,971.88 | 3,463,604.58 | 586,395.42 | 85% |

| GRANT REFERENCE NO. | GRANT AWARD DATE | GRANT EXPIRATION DATE | GRANT PURPOSE | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| CNMI-CIP-2011-2 (DIIAP00106) | 3/24/2011 | 03/31/16 | REPLACEMENT OF LOWER BASE TO PUERTO RICO PETROLEUM PIPELINE (original funding) | | | | | | |
| PROJECT TITLE | ATP Date (Authorization to Proceed) | GRANT AMOUNT | Obligated | Unobligated Balance / Grant Available | Expenditures (Invoiced) | ULO | DRAWDOWNS | Available Funds for Drawdown | % (Expenditure/ Grant Amt) |
| REPLACEMENT OF LOWER BASE TO PUERTO RICO PETROLEUM PIPELINE | 4/28/2011; 9/18/13 | 2,154,000.00 | 2,145,808.47 | 35,009.00 | 1,583,413.73 | 562,394.74 | 1,884,178.23 | 269,821.77 | 74% |

| GRANT REFERENCE NO. | GRANT AWARD DATE | GRANT EXPIRATION DATE | GRANT PURPOSE | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| CNMI-CIP-2012-7 (DI2AP00355) | 9/20/2012 | 09/30/17 | Funding for Construction of the Lower Base Puerto Rico Petroleum Pipeline Replacement Project (addl funding) | | | | | | |
| PROJECT TITLE | ATP Date (Authorization to Proceed) | GRANT AMOUNT | Obligated | Unobligated Balance / Grant Available | Expenditures (Invoiced) | ULO | DRAWDOWNS | Available Funds for Drawdown | % (Expenditure/ Grant Amt) |
| Funding for Construction of the Lower Base Puerto Rico Petroleum Pipeline Replacement Project (addl funding) | 10/24/2012, 9/18/13 | 800,000.00 | 800,000.00 | - | - | 800,000.00 | - | 800,000.00 | - |

| GRANT REFERENCE NO. | GRANT AWARD DATE | GRANT EXPIRATION DATE | GRANT PURPOSE | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| CNMI-CIP-2013-3 (DI3AP00028) | 5/1/2013 | 09/30/17 | To replace CUC's existing oil pipeline with a new one (addl funding) | | | | | | |
| PROJECT TITLE | ATP Date (Authorization to Proceed) | GRANT AMOUNT | Obligated | Unobligated Balance / Grant Available | Expenditures (Invoiced) | ULO | DRAWDOWNS | Available Funds for Drawdown | % (Expenditure/ Grant Amt) |
| To replace CUC's existing oil pipeline with a new one (addl funding) | 9/18/2013 | 1,025,000.00 | 900,000.00 | 125,000.00 | 159,000.00 | 741,000.00 | 318,000.00 | 707,000.00 | 0 |

Exhibit 1 to Declaration of Michelle Rogow
Page 4

COMMONWEALTH UTILITIES CORPORATION
DOI/OIA CIP GRANT - SO2 RELATED PROJECTS
AS OF July 31, 2014

| GRANT REFERENCE NO. | GRANT AWARD DATE | GRANT EXPIRATION DATE | GRANT PURPOSE | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| CNMI-CIP-2013-6 (DI3AP00108) | 7/19/2013 | 06/30/18 | To provide additional funding for replacing CUC's existing pipeline (addl) | | | | | | |
| PROJECT TITLE | ATP Date (Authorization to Proceed) | GRANT AMOUNT | Obligated | Unobligated Balance / Grant Available | Expenditures (Invoiced) | ULO | DRAWDOWNS | Available Funds for Drawdown | % (Expenditure/ Grant Amt) |
| To provide additional funding for replacing CUC's existing pipeline (addl) | 9/18/2013 | 725,000.00 | 662,542.52 | 62,457.48 | - | 662,542.52 | - | 725,000.00 | - |

| GRANT REFERENCE NO. | GRANT AWARD DATE | GRANT EXPIRATION DATE | GRANT PURPOSE | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| CNMI-CIP-2012-8 (DI2AP00356) | 9/21/2012 | 09/30/17 | Funding for Cleanout, inspection, repair and integrity testing of Rota Tanks. (Approved to include Tank 103,102 and ISO 7/20/13) | | | | | | |
| PROJECT TITLE | ATP Date (Authorization to Proceed) | GRANT AMOUNT | Obligated | Unobligated Balance / Grant Available | Expenditures (Invoiced) | ULO | DRAWDOWNS | Available Funds for Drawdown | % (Expenditure/ Grant Amt) |
| #4A Funding for Cleanout, inspection, repair and integrity testing of Rota Tanks, Tank 103-Saipan | 10/24/2012 | 232,000.00 | 118,674.30 | 113,325.70 | 118,674.30 | - | 118,674.30 | 113,325.70 | 51% |

| GRANT REFERENCE NO. | GRANT AWARD DATE | GRANT EXPIRATION DATE | GRANT PURPOSE | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| CNMI-CIP-2013-1 (DI3AP00018) | 3/1/2013 | 09/30/17 | Funding for Cleanout, inspection, repair and integrity testing of Rota Tanks | | | | | | |
| PROJECT TITLE | ATP Date (Authorization to Proceed) | GRANT AMOUNT | Obligated | Unobligated Balance / Grant Available | Expenditures (Invoiced) | ULO | DRAWDOWNS | Available Funds for Drawdown | % (Expenditure/ Grant Amt) |
| Funding for construction of the CUC Power Plant Fuel Tank | 3/8/2013 | 350,000.00 | 335,809.36 | 14,190.64 | 323,768.11 | 12,041.25 | 312,768.11 | 37,231.89 | 93% |

| GRANT REFERENCE NO. | GRANT AWARD DATE | GRANT EXPIRATION DATE | GRANT PURPOSE | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| CNMI-CIP-2014-2 (D14AP00018) | 2/27/2014 | 09/30/18 | To provide additional funding for replacing CUC's existing pipeline (addl) | | | | | | |
| PROJECT TITLE | ATP Date (Authorization to Proceed) | GRANT AMOUNT | Obligated | Unobligated Balance / Grant Available | Expenditures (Invoiced) | ULO | DRAWDOWNS | Available Funds for Drawdown | % (Expenditure/ Grant Amt) |
| To provide additional funding for replacing CUC's existing pipeline (addl) | | 733,252.50 | 733,252.50 | - | 336,000.00 | 397,252.50 | 336,000.00 | 397,252.50 | 46% |

| | | | | |
|---|---|---|---|---|
| Unobligated Balance/SO2 Grants: | $ 915,406.36 | Total Awarded SO2 Grant Funds Not Drawn Down: | 3,636,027.28 | |
| Update TANO Contract: | $ (326,434.00) | Minus "Unobligated" Funds: | (2,271,326.36) | |
| Update cancel Smithbridge: | $ 1,682,354.00 | Un-drawn Gramt Funds Obligated by Contracts and PO: | 1,364,700.92 | >>mostly VPE |
| Potential to reallocate: | $ 2,271,326.36 | | | |

Exhibit 1 to Declaration of Michelle Rogow
Page 5

| Facility | Project | Scope | Estimated Cost to Complete (A+C-B) | A: Current Contact Amount | B: Spent Amount | C: Estimated Cost - over current amount | Notes |
|---|---|---|---|---|---|---|---|
| Pipeline | Construction, Commissioning, and Decommissioning | Ensure project is completed to ER specifications | $ 834,750.00 | $ 795,000.00 | $ 159,000.00 | $ 198,750.00 | 25% estimate |
| | | Inspect to ensure compliance with specs | $ 167,000.00 | $ 211,500.00 | $ 162,000.00 | $ 117,500.00 | 6 months standby plus 1 month site work |
| | | Terminated contractor | $ 2,201,337.02 | $ 2,631,210.97 | $ 929,873.95 | $ 500,000.00 | Current scope + plus additional |
| | | Conduct In-line inspection once commissioned | $ 160,000.00 | $ - | $ - | $ 160,000.00 | Quotation from Smithbridge |
| | | Decommission existing pipeline | $ - | $ - | $ - | $ - | No cost - internal |
| | Operational Documents and Training | Provide training, IMP, O&M and OQ documents | $ 444,000.00 | $ 975,000.00 | $ 531,000.00 | $ - | |
| PP1/2 | Tank 102 | Ensure project is completed to ER specifications | $ 155,630.00 | $ 804,266.75 | $ 804,266.75 | $ 155,630.00 | CUC SCOPE - NOT EEMC |
| | | Inspect to ensure compliance with specs | $ 184,000.00 | $ 571,300.00 | $ 459,300.00 | $ 72,000.00 | CUC SCOPE - NOT EEMC |
| | | Construct to specifications | $ 1,101,434.00 | $ 1,101,434.00 | $ - | $ - | CUC SCOPE - NOT EEMC |
| | Tank 103, ISO, 120 Cleaning | Clean tanks | $ 71,533.00 | | | $ 71,533.00 | Gresco proposal - not executed |
| | Tank 103 Inspection | API 653 inspection | $ 47,703.91 | | | $ 47,703.91 | EIS proposal - not executed |
| | Tank 103 Repair | API 653 Repair - tank foundation at a minimum | $ 500,000.00 | | | $ 500,000.00 | Estimate |
| | Tank 104 Demolition | Demolish tank 104 | $ 500,000.00 | | | $ 500,000.00 | Estimate |
| | Drainage | SWPPP | $ 65,000.00 | | | $ 65,000.00 | AL- professional judgment |
| | | Engineering Evaluation / Assessment / Survey | $ 150,000.00 | | | $ 150,000.00 | AL - Estimate |
| | | NPDES | $ 25,000.00 | | | $ 25,000.00 | AL- professional judgment |
| | | Implement | $ 460,000.00 | | | $ 460,000.00 | AL- professional judgment |
| | | OWS | $ 250,000.00 | | | $ 250,000.00 | Quotation |
| | FRP | Edit FRP to address EPA comments | $ 15,000.00 | | | $ 15,000.00 | AL- professional judgment |
| | | Purchase materials | $ 530,000.00 | | | $ 530,000.00 | Estimate based on Lamor 2010 quotation |
| | | Storage building | $ 435,000.00 | | | $ 435,000.00 | AL- professional judgment |
| | | Annual standby fee to respond to Small to Large spills | $ 15,000.00 | | | $ 15,000.00 | CUCALL10-C049 |
| | | Training Drills | $ 25,000.00 | | | $ 25,000.00 | QI certs. |
| | Waste | OWS, Tanks, Redesign | $ 75,000.00 | | | $ 75,000.00 | |
| | | Engineering Review | $ 150,000.00 | | | $ 150,000.00 | |
| | | Other Solutions etc. (add more) | $ 325,000.00 | | | $ 325,000.00 | |
| | | Incinerator and regenerator | $ 275,000.00 | | | $ 275,000.00 | |
| | Piping | Replace and maintain facility piping at PP1 | $ 150,000.00 | | | $ 150,000.00 | |
| | | | $ 400,000.00 | | | $ 400,000.00 | |
| PP3 | Remediation | | $ 140,000.00 | | | $ 140,000.00 | |
| PP4 | Site investigation/risk assessment/remediation | Determine the extent of cleanup required and execute that cleanup. | $ 600,000.00 | | | $ 600,000.00 | |
| Rota | Drainage | SWPPP | $ 25,000.00 | | | $ 25,000.00 | AL- professional judgment |
| | | Engineering Assessment | $ 75,000.00 | | | $ 75,000.00 | AL |
| | | NPDES | $ 25,000.00 | | | $ 25,000.00 | AL- professional judgment |
| | | Implement | $ 225,000.00 | | | $ 225,000.00 | AL- professional judgment |
| | | OWS | $ 125,000.00 | | | $ 125,000.00 | AL- professional judgment |
| | Waste | OWS, Tanks, Redesign | $ 75,000.00 | | | $ 75,000.00 | |
| | | Total EEMC Responsible Projects (i.e. not Tank 102) | $ 9,561,323.93 | $ 7,089,711.72 | $ 3,045,440.70 | $ 6,958,116.91 | |
| | Contingency | | $ 2,390,330.98 | | | | |
| | EEMC | | $ 2,987,913.73 | | | | |
| | EPA Remedial Costs | | $ 5,000,000.00 | | | | |
| | Grand Total EEMC | | $ 19,939,568.64 | | | | |

Exhibit 1 to Declaration of Michelle Rogow
Page 6

# Exhibit 2




# Commonwealth Utilities Corporation

December 2, 2014

Mr. John Tinger
Project Coordinator
U.S. Environmental Protection Agency
Region 9
75 Hawthorne Street (CED-6)
San Francisco, CA 94105

WR-SO-09-214
Ref No. 12-14-002

Re: **Paragraph 15 of Stipulated Order Number 1 - Petroleum and Compliance Manager (aka Technical Manager for Oil) - Notice of Resignation**

Dear Mr. Tinger:

Pleased be informed that Mr. Andrew Longworth, Petroleum and Compliance Manager (aka Technical Manager for Oil), has resigned from his position. The effective date of his resignation is January 4, 2015. CUC is currently developing a process for his replacement.

If you have any questions, please contact me directly at (670) 235-6090. Thank you for your time and consideration in this matter.

Yours Truly,

ALAN W. FLETCHER
Executive Director

*I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted. Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate, and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.*

| Copy: | | |
|---|---|---|
| Bradley O'Brien, DOJ | Michael Lee, EPA | Joanne Paraiso, CUC |
| Janet Magnuson, EPA | Gilbert Birnbrich, OAG | James Sirok, CUC |
| Gretchen Busterud, EPA | Frank Rabauliman, DEQ | Deborah Fisher, CUC |
| Ken Greenberg, EPA | David Rosario, DEQ | John Riegel, CUC |
| Michelle Rogow, EPA | Kate Fuller, DEQ | Richard Wasser, CUC |
| Carl Goldstein, EPA | Keith Aughenbaugh, DOI-OIA | |

P. O. Box 501220, Third Floor, Joeten Dandan Building, Saipan, MP 96950
Tel: (670) 664-4282 • Fax: (670) 235-5131
CUC is an Equal Opportunity Provider and Employer

Exhibit 2 to Declaration of Michelle Rogow
Page 1